## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| CHANCE MARLAR AND MICHAEL | § | |
| RASMUSSEN, INDIVIDUALLY AND | § | |
| ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:15-cv-00241-GBW/SMV |
| | § | |
| BASIC ENERGY SERVICES, INC. | § | |
| A DELAWARE CORPORATION, | § | |
| D/B/A BASIC ENERGY SERVICES | § | |

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

Before the Court is Plaintiffs' and Defendant's Joint Motion to Amend Complaint in order to name Dustin Kimbrell, Joel Martinez, and Thomas Cain as Plaintiffs and properly name Defendant Basic Energy Services, Inc. A Delaware Corporation, d/b/a Basic Energy Services as Basic Energy Services, L.P. d/b/a Basic Energy Services. This motion is GRANTED. Plaintiffs are to promptly tender for electronic filing their First Amended Complaint in the form proposed. It is SO ORDERED.

Signed this _____2nd_____ day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by,

THE YOUNG LAW FIRM, PC

By:    /s/ Jeremi K. Young
        Jeremi K. Young
        State Bar No. 24013793
        Rachael Rustmann
        State Bar No. 24073653
        1001 S. Harrison St., Ste 200
        Amarillo, Texas  79101
        (806) 331-1800
        (806) 398-9095 (fax)
        jyoung@youngfirm.com
        rachael@youngfirm.com

        KRAFT AND HUNTER, LLP


        Richard L. Kraft
        P.O. Box 850
        Roswell, NM 88202
        (575) 625-2000
        (575) 625-2010 (Fax)
        Attorneys for Plaintiffs & Class Members

        *ATTORNEYS FOR PLAINTIFFS*

Electronically Approved on 6/1/15:

/s/ Jason Regas
Jason Regas