IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHANCE MARLAR,**
**MICHAEL RASMUSSEN, DUSTIN KIMBRELL,**
**JOEL MARTINEZ, and THOMAS CAIN,**

    **Plaintiffs,**

v.                                                     No. 15-cv-0241 GBW/SMV

**BASIC ENERGY SERVICES, L.P.;**[1]

    **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   June 24, 2014, at 1:30 p.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **June 24, 2014, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]

    **IT IS SO ORDERED.**

                                      **STEPHAN M. VIDMAR**
                                      **United States Magistrate Judge**

---

[1] When the Complaint was originally filed in state court on January 27, 2015, it named Basic Energy Services, Inc., as the sole Defendant. [Doc. 1-2] at 2.  The First Amended Complaint, filed in this Court on June 4, 2015, names Basic Energy Services, L.P., as the sole Defendant. [Doc. 20] at 1.

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.